**RECEIVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/11/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GLENN C. BARILLEAUX AND JANE W. BARILLEAUX | CIVIL ACTION NO. 6:06-CV-01022 |
| VERSUS | JUDGE HAIK |
| EXPLORE ENTERPRISES OF LOUISIANA, LLC, PPI TECHNOLOGY SERVICES, LP, AND DOUG DOUGLAS | MAGISTRATE JUDGE HILL |

## ORDER

Considering the Motion for Summary Judgment, filed by defendant, Explore Enterprises of Louisiana, L.L.C.;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment on is hereby GRANTED and all claims asserted against Explore Enterprises of Louisiana, L.L.C. are dismissed with prejudice.

Signed this 11 day of June, 2007.

UNITED STATES DISTRICT JUDGE